

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LARRY CHAMBERS AND ABIE WOLF, | § | No. 08-19-00061-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 6 |
| V. | § | of El Paso County, Texas |
| RICARDO RIVERA AND CIMARRON CONYERS, | § | (TC# 2018DCV1525) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of the Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.